[No. 4798–9–III.   Division Three.   October 11, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
R. MUDER, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 81–1–00197–7, Carl L. Loy, J., entered
October 5, 1981. *Affirmed* by unpublished opinion per
Green, J., concurred in by Munson, C.J., McInturff, J., dissenting.

[No. 6035–3–II.   Division Two.   October 12, 1983.]

HARVE L. BATEMAN, *Appellant,* v. PETER KIEWIT
SONS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 47003, Alan R. Hallowell, J., entered
November 20, 1981. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, A.C.J., and McMullen,
J. Pro Tem.

[No. 5868–5–II.   Division Two.   October 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
JAMES HENNESSY, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 81–6211, Dale M. Nordquist, J., entered
October 5, 1981. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.